IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV43-H

**F I L E D**
CHARLOTTE, N. C.

OCT 1 9 2005

**U. S. DISTRICT COURT**
**W. DIST. OF N. C.**

| | |
|---|---|
| RENEE MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF CHARLOTTE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

I, Renee Morgan, proceeding <u>pro so</u>, hereby dismiss this action with prejudice.

_____
Renee Morgan

**SO ORDERED**, this 19th day of October, 2005.

_____
**CARL HORN, III**
**U.S. Magistrate Judge**